IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNETTE SHAUGHNESSY,

    In Pro Per Plaintiff,

  v.

AT&T SERVICES, INC., et al.,

    Defendants.

No. C 18-07663 WHA

**ORDER RE PLAINTIFF'S LETTER**

    The Court has received *pro se* plaintiff's letter filed on the docket on September 24, 2019. It is unclear from plaintiff's letter whether she will reject the $53,307.08 lump-sum which defendants will imminently transfer to her account. Accordingly, by **TOMORROW AT NOON**, plaintiff shall file on the docket the answer to the following question: will plaintiff still accept the $53,307.08 lump-sum? The initial case management conference scheduled for **OCTOBER 24, 2019** at **11:00 A.M.** is hereby **ADVANCED** to **OCTOBER 10, 2019 AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: September 30, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE